**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JERRY HARVEY AUDIO HOLDING, LLC,**
**and JERRY HARVEY AUDIO, LLC,**

|  |  |  |
|---|---|---|
| | **Plaintiffs,** | **Case No. 6:14-cv-02083-Orl-41KRS** |
| **v.** | | |

**1964 EARS, LLC, and EASTERWOOD &**
**ASSOCIATES, LLC, d/b/a EARS 2 HEAR,**

_____ **Defendants.**

**DECLARATION OF JERRY HARVEY IN SUPPORT OF**
**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Jerry Harvey, hereby declare as follows:

1.      My name is Jerry Harvey. I am over the age of eighteen and competent to give this declaration.

2.      I am founder, owner, and manager of both Jerry Harvey Audio, LLC, and Jerry Harvey Audio Holding, LLC, the Plaintiffs in this case. Jerry Harvey Audio Holding, LLC, is a Florida limited liability company that holds title to my patent being asserted in this matter. It is affiliated with Jerry Harvey Audio, LLC, a Nevada limited liability company registered in and having its principal place of business in Florida, that makes and sells my patented invention. I will refer to them collectively as "JH Audio."

3.      JH Audio designs, develops, manufactures, markets and sells various personal audio listening device products, including specifically in-ear monitors ("IEM"), also referred to as "canalphones." The individuals at JH Audio, including myself, have over 35 years of combined experience in live audio mixing and 20 years of designing and building in-ear

- 1 -

monitors for some of the worlds leading musicians, including U2, Madonna, Justin Timberlake, Maroon 5, Aerosmith, Guns N' Roses, Van Halen, David Lee Roth, Mötley Crüe, Lady Gaga, Foreigner, Linkin Park, Alicia Keys, Rob Thomas, Garth Brooks, Stevie Wonder, Mick Jagger and others.

4.      JH Audio sells its products directly to customers and maintains a website at http://www.jhaudio.com/.

5.      Defendant 1964 EARS, LLC ("1964 Ears"), describes itself as, "a Portland, Oregon based custom In-ear Monitor manufacturer." 1964 Ears maintains two websites, one at http://www.1964ears.com/ and one at http://www.1964adel.com/, through which it advertises, markets, and sells its products. 1964 Ears also has a Kickstarter webpage at https://www.kickstarter.com/projects/1043330169/realloud-technology-that-saves-your-hearing-and-yo through which it advertises, markets and sells various products. 1964 Ears has some patents on its products just like JH Audio.

6.      JH Audio owns United States Patent No. 8,897,463, entitled "Dual High Frequency Driver Canalphone System," which issued on November 25, 2014 (the "'463 patent"). I am the sole inventor of the '463 patent, a copy of which was attached to both the Complaint and the Amended Complaint filed in this case. I assigned my patent to Jerry Harvey Audio Holding, LLC, and that assignment was recorded with the United States Patent & Trademark Office on December 18, 2014. See http://assignment.uspto.gov/#/assignment?id=34549-519.

7.      1964 Ears makes, uses, offers to sell, sells, or imports various products, including canalphones. 1964 Ears' canalphone products that are relevant here are its A-Series products A12 and A10, its U-Series products U8 and U6, and its V-Series products V8 and V6-Stage. 1964

Ears only recently began offering the A-Series and U-Series products. 1964 Ears has many other products not at issue here, including its Ambient products AMB-2 and AMB-4, its U4, U5, Control, Qi, V3 and V2 products. 1964 Ears lists some of its products for sale through the "Store" page on its main website at https://www.1964ears.com/products.

8.      In January 2015, 1964 Ears participated in the National Association of Music Merchants ("NAMM") annual show, which is one of, if not the, leading industry trade show for the professional musician market, including canalphones. At NAMM, 1964 Ears demonstrated and distributed its new "A-Series" products, including the A12. For example, a video posted by 1964 Ears on its YouTube channel at https://www.youtube.com/watch?v=MVMe33C_QYE shows 1964 Ears staff giving away an A12 as a prize in a drawing to people attending the show.

9.      1964 Ears also prominently displays the A-Series products on its websites, calling the products its "New Flagships". See https://www.1964ears.com/. The image below comes from the top of 1964 Ears' homepage where the A12 and A10 products are prominently displayed.



10.     1964 Ears also offers both the A12 and A10 products through its Kickstarter webpage. The image below from 1964 Ears' Kickstarter webpage webpage shows a representative A-Series product with various components housed within an outer shell.



11.     The A12 is offered through 1964 Ears' Kickstarter page for $1200 and the site indicates that 206 have been sold at that price. The A10 is offered through 1964 Ears' Kickstarter page for $1000 and the site indicates that 41 have been sold at that price.

12.     1964 Ears provides the following table when one clicks on "See Complete Specs" for the A-Series products on its http://www.1964adel.com/ website.

## 1964 | ADEL Custom Specs ✖

**A10**

**Fit:** Custom. Made from provided ear impressions

**Transducer type:** Ten precision balanced armature drivers

**Transducer configuration:** 2-low, 4-mid, 4-high

**Impedance:** 18 Ohms

**Sensitivity:** +/- 117dB SPL @ 1mW

**Freq. Response:** 10Hz – 20 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 or 64 inches

**Warranty:** 2-year Parts and Labor

**A12**

**Fit:** Custom. Made from provided ear impressions

**Transducer type:** Twelve precision balanced armature drivers

**Transducer configuration:** 4-low, 4-mid, 4-high

**Impedance:** 16 Ohms

**Sensitivity:** +/- 117dB SPL @ 1mW

**Freq. Response:** 10Hz – 20 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 or 64 inches

**Warranty:** 2-year Parts and Labor

*Specifications are subject to change

---

13.     These "Specs" state, (i) the A12 has "Twelve precision balanced armature drivers" that are "4-low, 4-mid, 4-high" with a "Freq. Response: 10Hz – 20 kHz," and (ii) the A10 has "Ten precision balanced armature drivers" that are "2-low, 4-mid, 4-high" with a "Freq. Response: 10Hz – 20 kHz."

14.     In addition to the A-Series products, 1964 Ears also offers for sale canalphones known as the V8 and V6-Stage. The images below from 1964 Ears' website show the V8 product. The left image shows the outer shell of the V8, while the right image shows various

 

- 5 -

components housed within the outer shell.

15.     In addition to these images, 1964 Ears describes the V8 on its website as follows:

The V8 is handcrafted with eight balanced armature drivers in each earpiece coupled to a three-way crossover that yields unrivaled sonic purity. Featuring a Triple Bore design, they allow for the IEM's high, mid and low frequency sound components to be channeled through separate passages in the sound port.

See www.1964ears.com/product/1964-V8-Custom-In-Ear-Monitor. 1964 Ears also lists various "Features" and "Tech Specs" for the V8, including that the V8 has "hard acrylic shells," "Four Low, Two Mid, Two High Precision Tuned Armatures", and "Freq. Response: 10Hz – 20 kHz."

16.     For the V6-Stage, 1964 Ears identifies its "Features" and "Tech Specs" as including "hard acrylic shells", "Two Low, Two Mid, Two High Precision Tuned Armatures", and "Freq. Response: 15Hz – 20 kHz". See https://www.1964ears.com/product/1964-V6-Stage-Custom-In-Ear-Monitor. The V6-Stage only differs from the V8 in that the V6-Stage has just two low armature drivers as opposed to the V8's four low armature drivers.

17.     The comparison below comes from 1964 Ears' website and shows the specifications of the V8 and V6-State products.

- 6 -



18.     In 1964 Ears' website "Store", the V8 is listed for sale at the price of $899 and the V6-Stage is listed for sale at the price of $699. See https://www.1964ears.com/store.

19.     1964 Ears also describes on its http://www.1964adel.com/ website a U-Series of products, which are presented as "universal" versions of the V-Series "custom" products.

20.     1964 Ears provides the following table when one clicks on "See Complete Specs" for the U-Series products on its http://www.1964adel.com/ website.

1964 | ADEL Universal Specs

✖

**U4**

**Fit:** Universal w/foam and silicone tips

**Transducer type:** Four precision balanced armature drivers

**Transducer configuration:** 2-low, 1-mid, 1-high

**Impedance:** 25 Ohms

**Sensitivity:** +/- 118dB SPL @ 1mW

**Freq. Response:** 16Hz – 17 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 inches

**Warranty:** 1-year Parts and Labor

**U5**

**Fit:** Universal w/foam and silicone tips

**Transducer type:** Five precision balanced armature drivers

**Transducer configuration:** 1-low, 2-mid, 2-high

**Impedance:** 18 Ohms

**Sensitivity:** +/- 117dB SPL @ 1mW

**Freq. Response:** 10Hz – 20 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 inches

**Warranty:** 1-year Parts and Labor

**U6**

**Fit:** Universal w/foam and silicone tips

**Transducer type:** Six precision balanced armature drivers

**Transducer configuration:** 2-low, 2-mid, 2-high

**Impedance:** 22 Ohms

**Sensitivity:** +/- 115dB SPL @ 1mW

**Freq. Response:** 10Hz – 20 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 inches

**Warranty:** 1-year Parts and Labor

**U8**

**Fit:** Universal w/foam and silicone tips

**Transducer type:** Eight precision balanced armature drivers

**Transducer configuration:** 4-low, 2-mid, 2-high

**Impedance:** 18 Ohms

**Sensitivity:** +/- 117dB SPL @ 1mW

**Freq. Response:** 10Hz – 20 kHz

**Noise Isolation:** Adjustable via ADEL™ module

**Cord Length:** 48 inches

**Warranty:** 1-year Parts and Labor

*Specifications are subject to change

21.     These "Specs" state, (i) the U8 has "Eight precision balanced armature drivers" that are "4-low, 2-mid, 2-high" with a "Freq. Response: 10Hz – 20 kHz," and (ii) the U6 has "Six precision balanced armature drivers" that are "2-low, 2-mid, 2-high" with a "Freq. Response: 10Hz – 20 kHz."

22.     1964 Ears also offers both the U8 and U6 products through its Kickstarter webpage. The U8 is offered through 1964 Ears' Kickstarter page for $540 and the site indicates that 178 have been sold at that price. The U6 is offered through 1964 Ears' Kickstarter page for

$480 and the site indicates that 99 have been sold at that price.

23.     The images of 1964 Ears' A12 and A10 products shown above show they are canalphones with an outer shell that houses various components. Thus, the A12 and A10 have a canalphone housing.

24.     The "Specs" for the A12 and A10 on 1964 Ears' website referenced above state that (i) the A12 has "Twelve precision balanced armature drivers" that are "4-low, 4-mid, 4-high," and (ii) the A10 has "Ten precision balanced armature drivers" that are "2-low, 4-mid, 4-high." Thus, both the A12 and A10 have at least two each of low, midrange and high frequency drivers within the housing.

25.     The high frequency drivers in the A12 and A10 products must produce similar frequencies in order to be an acceptable canalphone product, else users would hear an unsatisfactory distorted sound. There is also no indication on 1964 Ears' website or any other reason to believe that the high frequency drivers in the A12 and A10 products produce dissimilar frequencies.

26.     Likewise, to produce a satisfactory sound for users, the high frequency drivers in 1964 Ears' A12 and A10 canalphones must be positioned in such a way that the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion.

27.     The "Specs" for the A12 and A10 on 1964 Ears' website referenced above state that they have a "Freq. Response: 10Hz – 20 kHz." That frequency response range must be divided amongst the low, midrange, and high frequency drivers in the A12 and A10 products, leaving the high frequency drivers to produce distinguishable frequencies in the 12,000 hertz to 18,000 hertz range.

28.     It is my opinion that 1964 Ears' A12 and A10 products contain each element of claim 1 of the '463 patent.

29.     Further, 1964 Ears describes the drivers in the A12 and A10 as being "precision balanced armature drivers." Thus, it is my opinion that the A12 and A10 satisfy the additional element of claim 7 of the '463 patent as well.

30.     The images of 1964 Ears' V8 product shown above show that it is a canalphone with an outer shell that houses various components. 1964 Ears also describes its V8 product as having "Features" that include "hard acrylic shells". Thus, the V8 has a canalphone housing.

31.     1964 Ears describes its V8 product as having "eight balanced armature drivers in each earpiece," with "Features" including "Four Low, Two Mid, Two High Precision Tuned Armatures." In my '463 patent, I expressly described "armatures" as types of "drivers" covered by its claims. '463 patent, col. 1, lns 39-40 ("The first high frequency *driver* and second high frequency *driver* may each comprise balanced *armatures*.") (emphasis added). Thus, the V8 has at least two each of low, midrange and high frequency drivers within the housing.

32.     The high frequency drivers in the V8 product must produce similar frequencies in order to be an acceptable canalphone product, else users would hear an unsatisfactory distorted sound. There is also no indication on 1964 Ears' website or any other reason to believe that the high frequency drivers in the V8 product produce dissimilar frequencies.

33.     Likewise, to produce a satisfactory sound for users, the high frequency drivers in 1964 Ears' V8 canalphone must be positioned in such a way that the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion.

34.     1964 Ears describes its V8 product as having "Tech Specs" that include "Freq.

Response: 10Hz – 20 kHz." That frequency range must be divided amongst the low, midrange, and high drivers in the V8 product, leaving the two high frequency drivers to produce distinguishable frequencies in the 12,000 hertz to 18,000 hertz range.

35.     It is my opinion that 1964 Ears' V8 product contains each element of claim 1 of the '463 patent.

36.     Further, 1964 Ears describes the drivers in the V8 as being "balanced armature drivers." Thus, it is my opinion that the V8 satisfies the additional element of claim 7 of the '463 patent as well.

37.     1964 Ears' V6-Stage product only differs from the V8 in that it has two fewer low range drivers, for a total of two as opposed to the V8's four.

38.     It is my opinion that 1964 Ears' V6-Stage product contains each element of claims 1 and 7 of the '463 patent.

39.     1964 Ears' U-Series products are described as being merely "a universal-fit version of the … V-line." See http://www.1964adel.com/. The "Specs" listed on 1964 Ears' website for the U-Series products states that (i) the U8 (just like the V8) has "Eight precision balanced armature drivers" that are "4-low, 2-mid, 2-high" with a "Freq. Response: 10Hz – 20 kHz," and (ii) the U6 (just like the V6-Stage) has "Six precision balanced armature drivers" that are "2-low, 2-mid, 2-high" with a "Freq. Response: 10Hz – 20 kHz."

40.     Thus, the U8 and U6 products are indistinguishable from the V8 and V6-Stage products in any way relevant to the elements of claim 1 or 7 of the '463 patent.

41.     It is my opinion that 1964 Ears' U8 and U6 products contain each element of claims 1 and 7 of the '463 patent.

42.     JH Audio's '463 patent was just issued in November and cites thirty-six references that were reviewed by the Patent Office during the application process. The PTO performed an extensive review of my application and cited fifteen references of its own.

43.     JH Audio and 1964 Ears compete in the small, niche market for high end canalphones having multiple high frequency drivers. These canalphones sell for anywhere from several hundred dollars to over a thousand dollars. For example, JH Audio's ROXANNE™ and LAYLA™ products embody the '463 patent and have a starting price of $1,649 and $2,595, respectively.

44.     There is a likelihood of price erosion in this case because 1964 Ears is offering its infringing products at prices substantially lower that JH Audio's prices. For example, while the image shown above of the A12 suggests an MSRP of $1999, it is available through 1964 Ears' Kickstarter webpage for only $1,200. Thus, 1964 Ears is offering its infringing A12 product at a price that is 27% lower than JH Audio's comparable twelve-driver ROXANNE™ product and 54% lower than JH Audio's comparable twelve-driver LAYLA™ product.

45.     As another example, 1964 Ears offers the V6-Stage product through its main website "Store" at a price of only $699 and its U6 product through its Kickstarter webpage for only $480, while JH Audio's comparable six-driver product, the JH13, is priced at $1,099. Thus, 1964 Ears is offering its infringing V6-Stage product at a price that is 36% lower than JH Audio's comparable JH13 product and its infringing U6 product is offered a price that is 56% lower.

46.     The chart below identifies JH Audio's current products that embody the '463 patent, their price, 1964 Ears' infringing competing product, its price, and the difference in price.

| JH Audio Product | Number of Drivers | JH Audio Price | 1964 Ears Product | 1964 Ears Price | Difference in Price |
|---|---|---|---|---|---|
| LAYLA™ | 12 | $2,595 | A12 | $1,200 | -54% |
| ROXANNE™ | 12 | $1,649 | A12 | $1,200 | -27% |
| ANGIE™ | 8 | $1,295 | V8, U8 | $899, $540 | -31%, -58% |
| JH16™ | 8 | $1,149 | V8, U8 | $899, $540 | -22%, -53% |
| JH13™ | 6 | $1,099 | V6-Stage, U6 | $699, $480 | -36%, -56% |

47.     As shown in the chart, 1964 Ears is offering competing infringing products at prices 22% to 58% lower than JH Audio's patented products. I expect at least some potential JH Audio customers will instead purchase 1964 Ears' substantially lower priced infringing products and I am in fact aware of customers who considered buying 1964 Ears' products rather than JH Audio's products because of their lower price. The offering of lower priced infringing competing products may force JH Audio to lower its prices in order to keep those customers. JH Audio has already had to consider reducing its prices in light of 1964 Ears' offering of infringing products at substantial discounts.

48.     In addition, purchasers of high end canalphones are sometimes famous musicians and having them as clients creates goodwill and a favorable reputation for the canalphone supplier. JH Audio has achieved much of its goodwill and reputation as a result of the base of famous musician customers to whom it has sold products over the years. We identify many of these famous musician customers on our website, through press releases, and via social media. The prestige of these customers helps create and maintain our reputation for offering high quality innovative products.

49.     Each customer also creates business opportunities for future sales as they often become repeat customers and refer other customers as well. Thus, the loss of any sale of a high

- 13 -

end canalphone threatens to reduce JH Audio's customer base, damaging its good will and reputation, and eliminating potential future business opportunities.

50.     JH Audio is also currently in the growth stage for its patented multiple high frequency driver canalphones, which are the main focus of our current marketing and sales efforts. It is important to JH Audio to capitalize on my invention in order to increase its customer base and cement a reputation for being an innovative canalphone developer. 1964 Ears' offering of infringing canalphones at substantially lower prices threatens JH Audio's ability to build its brand, expand its customer base, and establish a reputation for leadership in the market.

51.     While each lost sale to JH Audio may not cause $50,000 in lost profits, it would not take many lost sales to reach a comparable amount. A loss of even a small number of sales could force JH Audio to lay off employees. Further, often JH Audio sells canalphones to famous musicians who place a bulk order for many canalphone. One lost order of that type can easily cause lost profits of $10,000 to $20,000.

52.     Potential sales of JH Audio's patented canalphones have been lost to 1964 Ears as evidenced by 1964 Ears' Kickstarter webpage, which shows that it has sold (i) 206 of the A12 product at a price of $1,200, (ii) 41 of the A10 product at a price of $1,000, (iii) 178 of the U8 product at a price of $540, and (iv) 99 of the U6 product at a price of $480. Each of those sales was a potential lost sale to JH Audio, and if 1964 Ears is permitted to continue selling these infringing products, it will cause JH Audio to suffer even more potential lost sales. As I said before, faced with the prospect of losing sales to 1964 Ears' lower priced infringing products, JH Audio has already been forced to consider lowering its prices.

53.     JH Audio is a relatively small private business without the financial resources to

- 14 -

post any sizable security for the issuance of a preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

March 3, 2015                                    Jerry Harvey

_____