UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

                        Plaintiffs,         Case No. 6:14-cv-02083-CEM-KRS

v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

                        Defendants.

**DECLARATION OF JERRY HARVEY
IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANT 1964 EARS' MOTIONS TO DISMISS AND TRANSFER**

Pursuant to 28 U.S.C. § 1746, I, Jerry Harvey, hereby declare as follows:

1.     My name is Jerry Harvey. I am over the age of eighteen and competent to give this declaration. I have been a Florida resident since 2008.

2.     I am founder, owner, and manager of both Jerry Harvey Audio, LLC, and Jerry Harvey Audio Holding, LLC, the Plaintiffs in this case. Jerry Harvey Audio Holding, LLC, is a Florida limited liability company that holds title to my patent being asserted in this matter. It is affiliated with Jerry Harvey Audio, LLC, a limited liability company that, since February 2008, has been registered in and had its principal place of business in Florida. Jerry Harvey Audio, LLC, makes and sells my patented invention. I will refer to them collectively as "JH Audio."

3.     JH Audio is a small Florida based business with about forty employees, all of whom live in Florida. JH Audio maintains an office in California, but does not have an employee there and nothing relating to this lawsuit is there.

4.     JH Audio has a substantial commercial presence in the Orlando area, as this is

where we design, make and sell our products. The Orlando area is also home to many of our suppliers and we frequently meet with customers and potential customers as they come through Orlando on their musical tours or other business trips.

5. I am the named inventor of the patent being asserted in this suit. The patent covers my invention that I conceived and reduced to practice at JH Audio's place of business in Florida. None of my inventive activities occurred at JH Audio's California office, as that office was not even in existence at the time of my invention.

6. My patent was prosecuted by JH Audio's registered patent agent, Mr. Douglas J. Visnius, whose business address and residence is in Orlando, Florida.

7. If I or my employees have to travel outside of Florida to pursue JH Audio's patent claims against 1964 Ears, that would be highly inconvenient, both in time and expense, and disruptive to JH Audio's business.

8. I have personal knowledge that Defendant 1964 Ears frequently travels throughout the United States for its business. Such travel includes attendance at trade shows throughout the country. For example, I know that 1964 Ears' personnel, including specifically Mr. Belonozhko, have attended trade shows in California and Colorado because I have seen them there.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 29, 2015                                          Jerry Harvey

                                                        _____
                                                        [signature]

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       s/*Daniel B. Ravicher*
Daniel B. Ravicher
Florida Bar No. 102809
RAVICHER LAW FIRM
2000 Ponce De Leon Blvd., Ste 600
Coral Gables, FL 33134-4422
Telephone: (786) 505-1205
E-Mail: dan@ravicher.com

*Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*