UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

      Plaintiffs,                    Case No. 6:14-cv-02083-CEM-KRS

    v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

      Defendants.
_____/

## DECLARATION OF VITALIY BELONOZHKO IN SUPPORT OF DEFENDANT 1964 EARS, LLC'S MOTION FOR RULE 11 SANCTIONS

I, Vitaliy Belonozhko, hereby declare under penalty of perjury:

1.    I am a member and the CEO/CTO of 1964 Ears, LLC ("1964 Ears"), a Defendant in this case.  I am personally knowledgeable regarding the subject matter stated herein and make this declaration in support of 1964 Ears' Motion for Rule 11 Sanctions.

2.    1964 Ears' IEM models accused of infringing Plaintiffs' patent were all introduced to the market before Plaintiffs sued us, as follows:

| Model | Date Introduced |
|---|---|
| V6 | October 2012, via Defendant's www.1964ears.com website |
| V6-Stage | August 2013, via Defendant's www.1964ears.com website |
| V8 | April 2014, via Defendant's www.1964ears.com website |
| U6 | November 5, 2014, via Defendant's Kickstarter campaign |
| U8 | November 5, 2014, via Defendant's Kickstarter campaign |
| A10 | November 5, 2014, via Defendant's Kickstarter campaign |
| A12 | November 5, 2014, via Defendant's Kickstarter campaign |

1

3.	Recent testing proved that the Accused IEMs do not meet the following claim limitation: "the first high frequency driver and second high frequency driver are positioned where the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion."

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: April 30, 2015

/s/ *Vitaliy Belonozhko*
Vitaliy Belonozhko

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2015, I served a true and correct copy of the foregoing on **Daniel Ben Ravicher, Esquire**, Ravicher Law Firm, 2000 Ponce De Leon Blvd., Suite 600, Cora Gables, FL 33134, by transmitting full, true, and correct copies thereof via First Class Mail on the date set forth above.


/s/ Lisa Davis_____
Lisa Davis

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2015, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  **Daniel Ben Ravicher, Esquire**, Ravicher Law Firm, 2000 Ponce De Leon Blvd., Suite 600, Cora Gables, FL 33134, dan@ravicher.com.

        s/ Delfina S. Homen_____
Hillary A. Brooks
*Admitted Pro Hac Vice*
Delfina S. Homen
*Admitted Pro Hac Vice*
MARGER JOHNSON & McCOLLOM, P.C.
210 SW Morrison St., Ste. 400
Portland, OR 97204
(503) 222-3613
hillary.brooks@techlaw.com
delfina.homen@techlaw.com
*Lead trial counsel for Defendant, 1964 Ears, LLC*

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida  33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
*Local trial counsel for Defendant, 1964 Ears, LLC*