UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

          Plaintiffs,   Case No. 6:14-cv-02083-Orl-41KRS

v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

          Defendants.

## DECLARATION OF JERRY HARVEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT 1964 EARS' MOTION FOR RULE 11 SANCTIONS

Pursuant to 28 U.S.C. § 1746, I, Jerry Harvey, hereby declare as follows:

1. My name is Jerry Harvey. I am over the age of eighteen and competent to give this declaration.

2. I have over 38 years of experience in live audio mixing and 20 years of experience designing and building personal audio listening devices, including in-ear monitors, also referred to as canalphones. Canalphones differ from headphones in that they go inside a user's ear as opposed to resting on the outside of a user's ears.

3. I have been awarded eighteen patents for my personal audio listening device inventions. My patents include the one in this case, United States Patent No. 8,897,463, entitled "Dual High Frequency Driver Canalphone System," that issued on November 25, 2014 (the "'463 patent"). I am the sole inventor of the '463 patent, a copy of which was attached to both the Complaint and the Amended Complaint filed in this case. I am intimately familiar with my '463 patent and its claims.

- 1 -

4. I am founder, owner, and manager of both Jerry Harvey Audio, LLC, and Jerry Harvey Audio Holding, LLC, the Plaintiffs in this case. Jerry Harvey Audio, LLC, is a Florida based company that makes and sells canalphones, including those that embody my '463 patent invention. I assigned the '463 patent to Jerry Harvey Audio Holding, LLC, a Florida company affiliated with Jerry Harvey Audio, LLC. I refer to both companies collectively as "JH Audio."

5. Defendant 1964 EARS, LLC ("1964 Ears") is a competitor company that makes, uses, offers to sell, sells, or imports various products, including canalphones. I have analyzed 1964 Ears' canalphone products and concluded that some, including specifically 1964 Ears' A-Series products A12 and A10, U-Series products U8 and U6, and V-Series products V8, V6-Stage and V6, infringe my '463 patent. I provided a detailed infringement analysis in a previous declaration submitted in this case. That declaration was dated March 3, 2015, and made in support of JH Audio's motion for a preliminary injunction.

6. I reached my infringement conclusions after comparing the claims in my '463 patent to each of the 1964 Ears' products identified above. My comparison looked to see if each and every requirement of my patent's claims was contained in 1964 Ears' products. I provided in my previous declaration photographs, technical specifications and other information about 1964 Ears' products that I used in reaching my infringement opinions.

7. My infringement conclusions were also supported by my direct hands-on analysis of the V6 and V8 products.

8. In 2012, I attended the Rocky Mountain Audio Fest (RMAF) in Colorado. RMAF is one of, if not the, largest consumer audio and home entertainment shows in the United States. JH Audio had a booth at RMAF 2012 where we displayed our products. 1964 Ears also had a

booth at RMAF 2012 where it displayed its products. At RMAF 2012, I visited 1964 Ears' booth, where they were displaying their (at the time) new V6 product. Models of the V6 were available to be handled and inspected, including ones with clear transparent shells so that I could see the interior components. I analyzed the V6 closely and also used it in my own ears so that I could experience first-hand its performance.

9. At RMAF 2012, 1964 Ears' CEO, Vitaliy Belonozhko, came to our booth and inspected our JH13 product as well. After looking closely at it, he said directly to me that he could copy it. I responded by informing him that we had patents pending on the product. Mr. Belonozhko was in fact so disrespectful and disruptive that he was subsequently banned for two years from attending the show.

10. In 2013 and 2014, I attended trade shows in Japan where I was able to handle and inspect 1964 Ears' V8 product. Like the V6 product at RMAF 2012, the V8 product had clear transparent shells so I could see its interior components. I analyzed the V8 product closely and also used it in my own ears so that I could experience first-hand its performance.

11. My decades of experience developing, making and using canalphones has given me the ability to determine whether two high frequency drivers contained within a canalphone are producing similar frequencies, whether they are positioned such that the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion, and whether they produce distinguishable frequencies to a person using the system of 12-18kHz.

12. Based on my experience, hands-on inspection of the V6 and V8 products, and review of the photographs, technical specifications and other information provided in my previous declaration about each of 1964 Ears canalphones identified above (the A12, A10, U8,

U6, V8, V6-Stage and V6 products), I previously concluded and remain convinced that each has two high frequency drivers that produce similar frequencies, are positioned where the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion, and produce distinguishable frequencies to a person using the system of 12-18kHz.

13. The terms "balanced" and "tuned", when used to describe two armatures or armature drivers inside a canalphone, mean that they produce similar frequencies and are positioned so that the oscillation of one interacts with the oscillation of the other to reduce the harmonic distortion that would otherwise occur if they were not positioned that way. Thus, because 1964 Ears' products have "precision balanced" and "precision tuned" armatures or armature drivers (see my previous declaration for the evidence I relied on for this), they have high frequency drivers that produce similar frequencies and are positioned so that the oscillation of one interacts with the oscillation of the other to reduce harmonic distortion.

14. Armatures or armature drivers inside a canalphone that produce frequencies 12,000 hertz and above are "high frequency drivers." This is both the plain and ordinary meaning of that term and also how I use it in my patent. Thus, because 1964 Ears' products produce frequencies 12,000 hertz and above (see my previous declaration for the evidence I relied on for this), those frequencies are produced by "high frequency drivers" contained therein.

15. My infringement conclusions also are supported by what I know about the high frequency driver components used by 1964 Ears in its infringing canalphones. 1964 Ears does not manufacture those components. Rather, Knowles Corporation is 1964 Ears' supplier of high frequency drivers, a fact 1964 Ears' CEO, Vitaliy Belonozhko, told me at RMAF in 2012. Knowles is also the supplier of high frequency drivers to JH Audio. In fact, I personally worked

with Knowles to design and develop high frequency drivers for JH Audio's dual high frequency driver canalphone invention because at the time no such high frequency drivers existed. The high frequency drivers sold by Knowles to 1964 Ears are the same or substantially similar to those designed and developed by me. Thus, I am very familiar with the high frequency drivers made and sold by Knowles that are used in both JH Audio's and 1964 Ears' canalphones.

16.     Knowles' high frequency drivers used in JH Audio's and 1964 Ears' canalphones come in pairs made as a single unit. The units are manufactured by Knowles such that the two high frequency drivers are positioned so their oscillations interact to reduce harmonic distortion. Here is a set of images to illustrate.

(cont. on next page)


Knowles Dual High Frequency Driver


JH Audio's Patented JH13 Canalphone


Patent-in-suit Fig. 2


1964 Ears V6 Accused Infringing Canalphone

The top left is a Knowles dual high frequency driver component. The top right is a photograph of JH Audio's JH13 product (this photograph was submitted to the Patent Office as Fig 2. of my patent application). The bottom left is Fig. 2 from JH Audio's patent-in-suit (the Patent Office does not use photographs in issued patents, this is a line drawing of the photograph of JH Audio's JH13 product). The bottom right is 1964 Ears' V6. The high frequency driver components are circled. Not only does each image show a pair of high frequency drivers positioned so that their oscillations interact to reduce harmonic distortion, the positioning of the high frequency drivers

in 1964 Ears' V6 canalphone is virtually identical to that in JH Audio's JH13 and Fig. 2 of my patent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

June 9, 2015                                                    Jerry Harvey

                                                                */s/ Jerry Harvey*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    s/*Daniel B. Ravicher*
Daniel B. Ravicher
Florida Bar No. 102809
RAVICHER LAW FIRM
2000 Ponce De Leon Blvd., Ste 600
Coral Gables, FL 33134-4422
Telephone: (786) 505-1205
E-Mail: dan@ravicher.com

*Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*