**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

       Plaintiffs,                        Case No. 6:14-cv-02083-CEM-KRS

v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

       Defendants.
_____/

**DECLARATION OF VITALIY BELONOZHKO IN SUPPORT OF DEFENDANT 1964 EARS, LLC'S OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR RULE 11 SANCTIONS**

I, Vitaliy Belonozhko, hereby declare under penalty of perjury:

    1.    I am a member and the CEO of 1964 Ears, LLC ("1964 Ears"), a Defendant in this case. I am personally knowledgeable regarding the subject matter stated herein and make this declaration in support of 1964 Ears' Opposition to Plaintiffs' Cross-Motion for Rule 11 Sanctions.

    2.    I was personally present at the 2012 RMAF show in Colorado, and either I or my employees were at 1964 Ears' booth at that show the entire time. I do not recall Jerry Harvey ever coming up to 1964 Ears' booth at the 2012 RMAF show, nor do I recall seeing Mr. Harvey handle, inspect, or use our V6 IEM on display at our booth. To the best of my knowledge, nobody else from 1964 Ears saw Mr. Harvey come to our booth at that show, either.

1

3. With regard to our V8 IEM, 1964 Ears' practice is to provide the V8 demo models with opaque, red shells, which you cannot see through, such as the following image taken from our www.1964ears.com website:



We use the solid red shells as a sort of "trade dress" for our V8 IEMs. To the best of my knowledge, our Japan distributors only have V8's with these solid red shells. Thus, to the best of my knowledge, the V8 IEMs on display at trade shows in Japan in 2013 and 2014 would have had solid red shells, not clear shells. The internal components of the V8, including the high frequency drivers, cannot be seen through these solid red shells.

4. It is my understanding that Plaintiffs used the following image, taken from our www.1964ears.com website, in support of their claim that our A10 and A12 IEMs infringe Plaintiffs' patent:



The pictured IEMs have opaque, white shells. The internal components of the IEM, including the high frequency drivers, can't be seen in this picture.

5. It is my understanding that Plaintiffs also used the following image, taken from our Kickstarter campaign page, in support of their claim that our A10 and A12 IEMs infringe Plaintiffs' patent:

3



The placement of the high frequency drivers vis a vis each other can't be seen in this picture.

6.    It is my understanding that Plaintiffs used the following images, taken from www.1964ears.com, in support of their claim that our V8 IEM infringes their patent:

 

The first picture, on the left, is the same image I provided earlier in this declaration.  The IEMs have solid red shells, and in the picture on the left, the internal components of the IEM,

including the high frequency drivers, are not visible at all. In the section picture, on the right, only a side view of the drivers is shown; the placement of the high frequency drivers vis a vis each other is not visible.

7. It is my understanding that Plaintiffs claim Mr. Harvey performed a hands-on inspection of the V6 and V8 drivers at trade shows and determined from that inspection that they meet the limitations of the patent claims. Those limitations include reduced distortion. Neither a visual inspection nor in-ear usage of the V6 or V8, or any other devices, can determine whether a device increases or reduces distortion. Distortion testing is conducted using specialized equipment and computers.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: June 29th, 2015

/s/ _Vitaliy Belonozhko_
Vitaliy Belonozhko

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2015, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: **Daniel Ben Ravicher, Esquire**, Ravicher Law Firm, 2000 Ponce De Leon Blvd., Suite 600, Cora Gables, FL 33134, dan@ravicher.com.

        s/ Delfina S. Homen_____
        Hillary A. Brooks
        *Admitted Pro Hac Vice*
        Delfina S. Homen
        *Admitted Pro Hac Vice*
        MARGER JOHNSON & McCOLLOM, P.C.
        210 SW Morrison St., Ste. 400
        Portland, OR 97204
        (503) 222-3613
        hillary.brooks@techlaw.com
        delfina.homen@techlaw.com
        *Lead trial counsel for Defendant,*
        *1964 Ears, LLC*

        Richard E. Fee
        Florida Bar No. 813680
        Kathleen M. Wade
        Florida Bar No. 127965
        Catherine F. Yant
        Florida Bar No. 104852
        FEE & JEFFRIES, P.A.
        1227 N. Franklin Street
        Tampa, Florida  33602
        (813) 229-8008
        rfee@feejeffries.com
        kwade@feejeffries.com
        cyant@feejeffries.com
        *Local trial counsel for Defendant,*
        *1964 Ears, LLC*