**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JERRY HARVEY AUDIO HOLDING, LLC,**
and **JERRY HARVEY AUDIO, LLC,**

      Case No. 6:14-cv-02083-CEM-KRS

    **Plaintiffs,**

  v.

**1964 EARS, LLC,** and **EASTERWOOD & ASSOCIATES, LLC,** d/b/a **EARS 2 HEAR,**

    **Defendants.**
_____/

**DECLARATION OF VITALIY BELONOZHKO IN SUPPORT OF DEFENDANT 1964 EARS, LLC'S MOTION FOR EXPEDITED DISCOVERY**

I, Vitaliy Belonozhko, hereby declare under penalty of perjury:

    1.    I am a member and CEO/CTO of 1964 Ears, LLC ("1964 Ears"), a Defendant in this case. I am personally knowledgeable regarding the subject matter stated herein and make this declaration in support of 1964 Ears' Motion for Expedited Discovery.

    2.    I reviewed a document filed by Plaintiffs in this lawsuit titled "Declaration of Jerry Harvey in Support of Plaintiffs' Opposition to Defendant 1964 Ears' Motion for Rule 11 Sanctions." There are a number of inaccurate statements in this document by Mr. Harvey concerning what was visible or what occurred at a number of different trade shows. However, in particular here, Mr. Harvey stated, in paragraph 9 of this document:

> At RMAF 2012, 1964 Ears' CEO, Vitaliy Belonozhko, came to our booth and inspected our JH13 product as well. After looking closely at it, he said directly to me that he could copy it. I responded by informing him that we had patents pending on the product. Mr. Belonozhko was in fact so disrespectful and disruptive that he was subsequently banned for two years from attending the show.

3. This statement of what occurred at RMAF 2012 is not true. Based on my recollection Mr. Harvey came up to me at RMAF 2012 and introduced himself, and we talked a bit about different stuff he was working on, none of which was 6-driver or dual high frequency driver IEMs. Mr. Harvey asked what 1964 Ears was working on, and I told him we had just introduced the V6 IEM. Mr. Harvey asked me what the "6" in V6 stood for, and I told him two low frequency, two midrange frequency, and two high frequency drivers. Mr. Harvey told me 1964 Ears couldn't have two high frequency drivers because he had an exclusivity arrangement with Knowles and Knowles was not allowed to sell anyone a dual high frequency driver. (I presume he meant he, through one of his companies, had an exclusivity arrangement with Knowles, rather than he personally did, but I do not know for sure.) I told him that Knowles did its own design for 1964 Ears. Mr. Harvey got really mad and walked away from me, I believe to go call a representative from Knowles.

4. I do not recall coming to Plaintiffs' booth at RMAF 2012 and "inspecting" a JH13 after which I stated that I could copy the device, nor did I say 1964 Ears could or would copy the JH13. There was no reason to copy the JH13; the JH13 is supposedly a two low, two midrange, and two high frequency driver IEM. 1964 Ears' V6, which was already on the market at that point in time—which again, I told Jerry at that show about the V6, leading to him growing upset over Knowles selling 1964 Ears dual high frequency drivers—has two low, two mid, and two high frequency drivers. There was nothing to "copy," because 1964 Ears already had a competing product.

5. Mr. Harvey also never told me at this 2012 show he had any patent or patent application on two low, two mid, and two high frequency driver IEMs, nor did he tell me he

had any patent on the JH13.  It is my understanding that the patent in this lawsuit did not issue until late 2014, shortly before Plaintiffs sued 1964 Ears.  It never even occurred to me that he *might* have a patent on an IEM with two low, two mid, and two high frequency drivers, as it seemed to be an obvious design.  1964 Ears never sought to patent the V6, because again, the 2-2-2 design seemed obvious and probably not worthy of a patent.

6. I also was not "so disrespectful and disruptive" that I was "banned for two years from attending" RMAF.  From what I recall, Mr. Harvey approached one of the show organizers after our interaction, and may have tried to get me kicked out, but that did not happen.  Nor was I nor 1964 Ears "banned" from RMAF; 1964 Ears simply chose not to go to the show for the next two years.

7. From my interaction with Mr. Harvey at the 2012 RMAF show, it seems like Plaintiffs may mistakenly believe that 1964 Ears uses the exact same high frequency, Knowles-made drivers that Plaintiffs use in the JH13.  Since 1964 Ears did not direct or control Knowles' design of the drivers used in our products, nor was 1964 Ears involved in Knowles' development or design of the drivers used in the Plaintiffs' JH13, I obviously don't know for sure whether or not the drivers are the same.  However, a publicly available chart from Head-Fi.org[1] lists the dual highs used in Plaintiffs' JH13 as part # DWFK-60380.  This is not the same part number of the dual highs used in any of our accused IEMs, leading me to believe that the dual high frequency drivers used in Plaintiffs' JH13 are not the same as the dual high frequency drivers used in 1964 Ears' accused products.

---

[1] This chart can be downloaded in XLS form from http://www.head-fi.org/t/604851/chart-balanced-armature-based-in-ear-monitors-technical-characteristics.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: May 16 , 2016

_____
Vitaliy Belonozhko

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2016, I filed and true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          s/ Delfina S. Homen_____
                                          Hillary A. Brooks
                                          *Admitted Pro Hac Vice*
                                          Delfina S. Homen
                                          *Admitted Pro Hac Vice*
                                          BROOKS QUINN, LLC
                                          19215 SE 34th St. #106-333
                                          Camas, WA 98607
                                          (503) 629-1559
                                          hillary@brooksquinn.com
                                          delfina@brooksquinn.com
                                          *Lead trial counsel for Defendant,*
                                          *1964 Ears, LLC*

                                          Richard E. Fee
                                          Florida Bar No. 813680
                                          Kathleen M. Wade
                                          Florida Bar No. 127965
                                          Catherine F. Yant
                                          Florida Bar No. 104852
                                          FEE & JEFFRIES, P.A.
                                          1227 N. Franklin Street
                                          Tampa, FL 33602
                                          (813) 229-8008
                                          rfee@feejeffries.com
                                          kwade@feejeffries.com
                                          cyant@feejeffries.com
                                          *Local trial counsel for Defendant,*
                                          *1964 Ears, LLC*