## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

                     Plaintiffs,         Case No. 6:14-cv-02083-CEM-KRS

v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

                     Defendants.

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, JERRY HARVEY AUDIO HOLDING, LLC, and JERRY HARVEY AUDIO, LLC, hereby give notice that the above captioned action is voluntarily dismissed against the remaining defendant, 1964 EARS, LLC.

Dated: May 6, 2019                    Respectfully submitted,

                                              s/*Daniel B. Ravicher*
                                           Daniel B. Ravicher
                                           Florida Bar No. 102809
                                           RAVICHER LAW FIRM
                                           2000 Ponce De Leon Blvd., Ste 600
                                           Coral Gables, FL 33134-4422
                                           Telephone: (786) 505-1205
                                           E-Mail: dan@ravicher.com

                                           *Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   s/*Daniel B. Ravicher*
Daniel B. Ravicher
Florida Bar No. 102809
RAVICHER LAW FIRM
2000 Ponce De Leon Blvd., Ste 600
Coral Gables, FL 33134-4422
Telephone: (786) 505-1205
E-Mail: dan@ravicher.com

*Counsel for Plaintiffs Jerry Harvey Audio Holding, LLC, and Jerry Harvey Audio, LLC*