UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

      Plaintiffs,                                 Case No. 6:14-cv-2083-Orl-41DCI

     v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

      Defendants.
                                       /

### DEFENDANT 1964 EARS, LLC'S SUPPLEMENT TO ITS MOTION FOR FEES AND COSTS

Defendant 1964 Ears, LLC, an Oregon limited liability company ("Defendant"), hereby supplements its Motion for Fees and Costs (Dkt. #147) with new facts regarding the status of the sole patent asserted in this litigation, U.S. Pat. No. 8,897,463 ("the '463 patent").

Pursuant to Supreme Court Rule 13, Plaintiff Jerry Harvey Audio Holding, LLC ("JHAH"), the Patent Owner in the *inter partes* review of the '463 patent, had until July 23, 2019, to file a petition for certiorari with the United States Supreme Court, seeking review of the Federal Circuit's affirmance of the Patent Trial & Appeal Board's decision that all claims of the '463 patent are unpatentable. JHAH did not timely file a petition for certiorari, though it recognized that July 23, 2019 was its deadline for doing so. (*See* Dkt. #150 at 5-6.)

Accordingly, the Federal Circuit's mandate affirming unpatentability, previously filed

1

at Dkt. #144-2, is final.  The United States Patent & Trademark Office will issue a certificate canceling all 16 claims of the '463 patent in due course.  *See* 37 C.F.R. § 42.80.  An invalid patent cannot be infringed.  *See Commil USA, LLC v. Cisco Sys., Inc.*, 135 S. Ct. 1920, 1929 (2015).

Should the Court desire briefing regarding how JHAH's failure to timely petition for cert relates to Defendant's Motion for Fees, Defendant is prepared to provide that briefing.

Dated this 26th day of August, 2019.

s/ Hillary A. Brooks_
Hillary A. Brooks
*Admitted Pro Hac Vice*
Delfina S. Homen
*Admitted Pro Hac Vice*
BROOKS QUINN, LLC
6513 132nd Ave. NE #378
Kirkland, WA 98033
(503) 629-1559
hillary@brooksquinn.com
delfina@brooksquinn.com
*Lead trial counsel for Defendant,
1964 Ears, LLC*

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
Catherine F. Yant
Florida Bar No. 104852
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, FL 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
cyant@feejeffries.com
*Local trial counsel for Defendant,
1964 Ears, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2019, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                        s/ Delfina S. Homen
Hillary A. Brooks
*Admitted Pro Hac Vice*
Delfina S. Homen
*Admitted Pro Hac Vice*
BROOKS QUINN, LLC
6513 132nd Ave. NE #378
Kirkland, WA 98033
(503) 629-1559
hillary@brooksquinn.com
delfina@brooksquinn.com
*Lead trial counsel for Defendant,*
*1964 Ears, LLC*

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
Catherine F. Yant
Florida Bar No. 104852
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, FL 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
cyant@feejeffries.com
*Local trial counsel for Defendant,*
*1964 Ears, LLC*