UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JERRY HARVEY AUDIO HOLDING, LLC,
and JERRY HARVEY AUDIO, LLC,

        Plaintiffs,                        Case No. 6:14-cv-02083-CEM-DCI

    v.

1964 EARS, LLC, and EASTERWOOD &
ASSOCIATES, LLC, d/b/a EARS 2 HEAR,

        Defendants.
                                    /

## DEFENDANT 1964 EARS, LLC'S REPORT TO THE COURT RE: STATUS OF *INTER PARTES* REVIEW PROCEEDING

Pursuant to this Court's Order of March 28, 2016 (Dkt. #109 at 21), Defendant 1964 Ears, LLC, an Oregon limited liability company ("Defendant"), presents the following Report as to the status of the *inter partes* review ("IPR") proceeding initiated by Defendant for U.S. Pat. No. 8,897,463 ("the '463 patent").

The Patent Trial & Appeal Board ("Board") found all 16 claims of the '463 patent unpatentable on July 29, 2017. (Dkt. #135-1.) On February 20, 2019, the Federal Circuit issued a Judgment affirming the Board's decision that all 16 claims of the '463 patent are unpatentable. (Dkt. #141-1.) The Federal Circuit issued its mandate on May 1, 2019. (Dkt. #144-2.)

On September 27, 2019, the PTO officially issued an IPR certificate canceling all 16 claims of the '463 patent. (Dkt. #158-1.) The IPR certificate is now lodged in the file

history for the '463 patent. (Dkt. #163-1 at 1.) Accordingly, the IPR of the '463 patent has been finally resolved.

On October 11, 2019, Defendant filed a motion to lift stay since the IPR is finally resolved. (Dkt. #162.) Defendant also filed a motion to dismiss Plaintiffs' infringement claim as moot and enter judgment in Defendant's favor. (Dkt. #165.) Plaintiffs filed their oppositions on October 22, 2019. (Dkt. #166-167.) The motions to lift stay and dismiss remain pending. *See also* Dkt. #68 (pending motion for Rule 11 sanctions); Dkt. #147 (pending motion for fees and costs).

Dated this 16th day of March, 2020.

s/ Delfina S. Homen
Hillary A. Brooks
*Admitted Pro Hac Vice*
Delfina S. Homen
*Admitted Pro Hac Vice*
BROOKS QUINN, LLC
6513 132nd Ave. NE #378
Kirkland, WA 98033
(503) 629-1559
hillary@brooksquinn.com
delfina@brooksquinn.com
*Lead trial counsel for Defendant,*
*1964 Ears, LLC*

Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
Catherine F. Yant
Florida Bar No. 104852
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, FL 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
cyant@feejeffries.com
*Local trial counsel for Defendant,*
*1964 Ears, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2020, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        s/ Delfina S. Homen_
        Hillary A. Brooks
        *Admitted Pro Hac Vice*
        Delfina S. Homen
        *Admitted Pro Hac Vice*
        BROOKS QUINN, LLC
        6513 132nd Ave. NE #378
        Kirkland, WA 98033
        (503) 629-1559
        hillary@brooksquinn.com
        delfina@brooksquinn.com
        *Lead trial counsel for Defendant,*
        *1964 Ears, LLC*

        Richard E. Fee
        Florida Bar No. 813680
        Kathleen M. Wade
        Florida Bar No. 127965
        Catherine F. Yant
        Florida Bar No. 104852
        FEE & JEFFRIES, P.A.
        1227 N. Franklin Street
        Tampa, FL 33602
        (813) 229-8008
        rfee@feejeffries.com
        kwade@feejeffries.com
        cyant@feejeffries.com
        *Local trial counsel for Defendant,*
        *1964 Ears, LLC*